THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS,<br><br>    Plaintiff,<br> v.<br><br>SONNY PERDUE, Secretary of the U.S. Department of Agriculture,<br><br>    Defendant. | CASE NO. C19-0444-JCC<br><br>MINUTE ORDER |

  The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  This matter comes before the Court on the parties' stipulated motion to extend certain pretrial deadlines and the trial deadline (Dkt. No. 26). The Court hereby GRANTS the motion and orders as follows:

1. The new trial date is provisionally set to October 26, 2020;
2. Proposed voir dire/jury instructions are due October 23, 2020;
3. The proposed pretrial order is due October 16, 2020;
4. The dispositive motions deadline is August 3, 2020; and
5. The discovery deadline is July 1, 2020.

  //

MINUTE ORDER
C19-0444-JCC
PAGE - 1

DATED this 26th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk