THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS,<br><br>                Plaintiff,<br><br>       v.<br><br>SONNY PERDUE, Secretary of the U.S. Department of Agriculture,<br><br>                Defendant. | CASE NO. C19-0444-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend certain pretrial deadlines and the trial deadline (Dkt. No. 29). The Court hereby GRANTS the motion and ORDERS as follows:

1. The discovery deadline is extended to August 31, 2020;
2. The deadline for filing dispositive motions is extended to October 1, 2020
3. The trail date, the deadline for proposed voir dire/jury instructions, and the deadline for the proposed pretrial order are vacated; and
4. The deadline for mediation is vacated.

   //

MINUTE ORDER
C19-0444-JCC
PAGE - 1

1    DATED this 8th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk