THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS, | CASE NO. C19-0444-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SONNY PERDUE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion for an extension of time to respond to Defendant's motion for partial summary judgment (Dkt. No. 41), and Defendant's response (Dkt. No. 42) in which Defendant moves for additional time to file its reply. Plaintiff requests a 14-day extension of time to respond to Defendant's motion for partial summary judgment (Dkt. No. 33) because of Plaintiff's counsel's need to participate in a mediation, another filing, and a pending appeal. (*See* Dkt. No. 41.) Defendant consents to the extension but notes that the parties have agreed that if it is granted, Defendant should also receive a 14-day extension of its deadline to reply to Plaintiff's response. (*See* Dkt. No. 42 at 1.) In addition to the agreed-upon extension, Defendant requests an additional seven days to file his reply. (*See id.* at 2.)

MINUTE ORDER
C19-0444-JCC
PAGE - 1

1  Having considered the parties' briefing and the relevant record, the Court GRANTS the
2 motions and DIRECTS the clerk to renote Defendant's motion for partial summary judgment
3 (Dkt. No. 33) for November 13, 2020. Plaintiff's response shall be filed no later than
4 November 2, 2020.
5  In the future, the parties are encouraged to implement agreed extensions on pending
6 motions without the Court's involvement by making use of Local Civil Rule 7(l) or, if the
7 Court's involvement is necessary, by filing a stipulated motion.
8  DATED this 19th day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk