THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS, | CASE NO. C19-0444-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THOMAS VILSACK,[1] | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On April 22, 2021, following the parties' joint status report (Dkt. No. 50), the Court entered a scheduling order (Dkt. No. 51) that erroneously included several deadlines that have already passed, including the discovery deadline, which passed on August 31, 2020, and the dispositive motions deadline, which passed on October 1, 2021. (*See* Dkt. No. 30.) The Court hereby VACATES the scheduling order at Docket Number 51 and substitutes the following scheduling order:

1. A five-day jury trial is set for November 1, 2021 at 9:30 a.m.

---

[1] Mr. Vilsack was confirmed as the United States Secretary of Agriculture on February 23, 2021 and is therefore automatically substituted as the named defendant under Federal Rule of Civil Procedure 25(d).

2. Trial briefs, proposed voir dire, and proposed jury instructions are due October 28, 2021.

3. The proposed pretrial order is due October 22, 2021.

4. Rule 39.1 mediation shall be completed by July 30, 2021.

The Court incorporates by reference the instructions in Docket Number 51 regarding jury instructions and A/V equipment training. The Court understands that Mr. Williams wishes to file a discovery motion, but the deadline for filing discovery motions passed on August 31, 2020. *See* W.D. Wash. Local Civ. R. 16(b)(3) ("Any motion to compel discovery shall be filed and served on or before the discovery deadline or as directed by court order."); Dkt. No. 30. If Mr. Williams wishes to seek relief from that deadline, he must file a motion on the docket showing that he failed to meet the deadline because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B).

DATED this 26th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

C19-0444-JCC
PAGE - 2