THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS, | CASE NO. C19-0444 JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THOMAS VILSACK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Trial in this action is set for November 1, 2021, with the proposed pretrial order due October 22, 2021, and trial briefs, proposed voir dire, and proposed jury instructions due October 28, 2021. (Dkt. No. 52.)

Accordingly, it is hereby ORDERED that any motion seeking to alter these dates must be filed no later than October 8, 2021.

DATED this 28th day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-0444 JCC
PAGE - 1