THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THOMAS VILSACK,<br><br>　　　　　Defendant. | CASE NO. C19-0444-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendant has conveyed his intent to request a pretrial conference under Federal Rule Civil Procedure 16(e) to raise matters that it believes will guide how trial proceeds. Rather than schedule a pretrial conference, it is hereby ORDERED that the issues Defendant raises, including motions *in limine*, will be addressed as follows:

　　1.　The parties will meet and confer toward reaching agreement on all issues that Defendant had contemplated raising at a pretrial conference. The parties are admonished to reach agreement on all issues.

　　2.　Any items of disagreement must be raised in a joint brief, due October 11, 2021. The joint brief must meet the following requirements:

　　　　a.　The brief will contain an introductory statement setting forth the context

MINUTE ORDER
C19-0444-JCC
PAGE - 1

for any issues or disputes; each party can draft its own statement if they cannot agree.

        b.        The brief will then list the motions or other issues, each under a separate heading, on which Defendant seeks a ruling. Immediately below each one, Defendant will set forth his position and the supporting legal authority, and Plaintiff will do the same below that.

        c.        The joint brief must be limited to those issues to which the parties were unable to reach agreement after meeting and conferring, and will contain, immediately above the signature block, a certification to that effect.

        d.        Each party may submit a declaration, but only to the extent necessary to provide documents without which the Court cannot consider the issues raised.

        e.        The brief must not exceed 16 pages; each side may contribute no more than eight pages of total text. Defendant is responsible for filing the joint brief.

3.        All other deadlines remain in effect. (Dkt. Nos. 52, 58); *see also* W.D. Wash. Local Civ. R. 7(h)–(i). To the extent the parties are unable to comply with this procedure, they must seek a continuance in accordance with this Court's Minute Order regarding the deadline for motions to alter the scheduling order (Dkt. No. 58), in which case the Court will issue a revised scheduling order with deadlines for motions *in limine*.

IT IS SO ORDERED

DATED this 28th day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-0444-JCC
PAGE - 2