THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THOMAS VILSACK,<br><br>　　　　Defendant. | CASE NO. C19-0444 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is the parties' stipulated motion to extend the deadline to serve pretrial statements (Dkt. No. 60.) The stipulation articulates that, due to unforeseen staff shortages on Plaintiff's side, he was unable to serve his pretrial statement until September 28, 2021, six days after the original deadline. (*See id.* at 1.) The parties seek to extend the pretrial statement service deadlines to adjust for this delay; but they do not seek to alter the deadline for the proposed pretrial order (*see id.* at 2), currently set for October 22, 2021 (Dkt. No. 52).

The Court hereby GRANTS the stipulated motion (Dkt. No. 60), FINDS that good cause justified Plaintiff's delay, and ORDERS that (1) Defendant must serve his pretrial statement on or before October 8, 2021, and (2) all other currently scheduled deadlines remain in effect (*see* Dkt. Nos. 52, 58, 59).

MINUTE ORDER
C19-0444 JCC
PAGE - 1

1 | DATED this 28th day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-0444 JCC
PAGE - 2