THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALD WILLIAMS,

Plaintiff,

v.

THOMAS VILSACK,

Defendant.

CASE NO. C19-0444-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff's motion to record Plaintiff's closing argument (Dkt. NO. 66) is DENIED. *See* W.D. Wash. Local Civ. R. 78(b).

DATED this 14th day of October 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk