THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS, | CASE NO. C19-0444-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THOMAS VILSACK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendant's pending motion *in limine* (Dkt. No. 70) is RE-NOTED for October 22, 2021, with the response due October 20, 2021, and any reply due October 22, 2021

DATED this 15th day of October 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-0444-JCC
PAGE - 1