THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS, | CASE NO. C19-0444-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THOMAS VILSACK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Counsel contacted the Court via email raising various issues related to this Court's recent orders. (Dkt. Nos. 75, 77.) As stated recently, "[t]he Court expects the parties to work together in a civil and collaborative manner"; disputes of this nature should "be resolved without Court intervention *unless absolutely necessary*." (Dkt. No. 76 at 1–2 (emphasis added).)

If the Court's intervention is absolutely necessary, the parties must confer before seeking it, and they are advised in the strongest possible terms reach agreement to see if the matter can be presented as a stipulation rather than a contested motion. Additionally, the parties will refrain from sending informal communications to the Court.

IT SO ORDERED.

//

MINUTE ORDER
C19-0444-JCC
PAGE - 1

1      DATED this 12th day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-0444-JCC
PAGE - 2