THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THOMAS VILSACK,<br><br>　　　　　Defendant. | CASE NO. C19-0444-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court has previously admonished the parties about compliance with Court procedures, including formatting requirements, explaining that "[t]he Court will strike future filings that do not adhere to its orders or to the formatting requirements of the local rules." (*See* Dkt. No. 69 at 1 n.1.) The Court's Chambers Procedures require that all motions in limine be presented in a joint brief that meets certain requirements. *See* Chambers Procedures, https://www.wawd.uscourts.gov/judges/coughenour-procedures. Plaintiff's motion in limine fails those requirements. (*See* Dkt. No. 79.)

Accordingly, the Court hereby STRIKES Plaintiff's motion in limine and supporting papers (Dkt. Nos. 79–80). If Plaintiff wishes to present this motion, he must do so in compliance with the Court's Chambers Procedures.

1     DATED this 8th day of December 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk