THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS, | CASE NO. C19-0444-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THOMAS VILSACK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This Court's scheduling order set a deadline of July 30, 2021, for mediation under Local Civil Rule 39.1. (Dkt. No. 52.)[1] That deadline passed without any notice to the Court specifying that the mediation had occurred. *See* W.D. Wash. Local Civ. R. 39.1(c)(7).

It is thus ORDERED that, within seven days of this minute order, the parties must either (1) file a joint status report showing cause for any failure to hold the mediation, updating the Court on the possibility of settlement, and specifying whether the Court should set a new mediation deadline; or (2) file the required notice under Local Civil Rule 39.1(c)(7), along with a joint statement as to whether the parties believe an additional mediation would be appropriate.

---

[1] Although the Court later vacated this scheduling order, it did so only after this mediation deadline had passed. (*See* Dkt. No. 75.)

MINUTE ORDER
C19-0444-JCC
PAGE - 1

DATED this 30th day of December 2021.

          Ravi Subramanian
          Clerk of Court

          s/Sandra Rawski
          Deputy Clerk