THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS, | CASE NO. C19-0444-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THOMAS VILSACK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulation (Dkt. No. 86) is GRANTED. It is hereby ORDERED that the parties' designations of deposition transcript portions to be offered at trial, *see* W.D. Wash. Local. Civ. R. 32(e), to be attached to and filed with the parties' proposed joint pretrial order, may be filed on January 28, 2022.

DATED this 25th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-0444-JCC
PAGE - 1