THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALD WILLIAMS,

        Plaintiff,

  v.

THOMAS VILSACK,

        Defendant.

CASE NO. C19-0444-JCC

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

        The parties' stipulation (Dkt. No. 88) is GRANTED. It is hereby ORDERED that the parties' Joint Instructions and Joint Statement of Disputed Instructions, and Verdict Forms are due February 4, 2022.

        However, two further issues remain: For one, the parties have not filed their joint proposed pretrial order or designations of deposition transcript portions in accordance with their prior motion for an extension (Dkt. No. 86) and the Court's minute order granting it (Dkt. No. 87). Additionally, Plaintiff has not filed any proposed voir dire or a trial brief, although Defendant has done so.

        Second, because of this, the Court now faces the prospect of having the parties' pretrial materials strewn about the Court docket in non-consecutive entries. Accordingly, it is further

ORDERED as follows:

(1) If either party believes that it will be unable to file *all* outstanding required pretrial materials by the February 4, 2022 deadline, then the parties will confer on a deadline that they are confident *both* of them can meet and file a stipulation to that effect. The Court wishes to avoid piecemeal filings punctuated by multiple extension requests.

(2) By February 4, 2022, or such other deadline as stipulated to in accordance with the paragraph above, the parties must file a joint index to pretrial materials indicating, by docket-entry number in a list or table, the location of each required pretrial filing they want the Court to consider.

DATED this 31st day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk