THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THOMAS VILSACK,<br><br>　　　　　Defendant. | CASE NO. C19-0444-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Parties' stipulation (Dkt. No. 94) is GRANTED. It is hereby ORDERED that the following pretrial materials are due February 9, 2022:

- Joint instructions, joint statement of disputed instructions, and verdict forms;
- Proposed joint pretrial order;
- Deposition transcript designations;
- Index to pretrial materials.

There will be no additional extensions of this deadline absent a compelling showing of good cause.

//

//

MINUTE ORDER
C19-0444-JCC
PAGE - 1

DATED this 7th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-0444-JCC
PAGE - 2