THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GERALD WILLIAMS, | CASE NO. C19-0444-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THOMAS VILSACK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

In accordance with the parties' stipulation (Dkt. No. 109) it is hereby ORDERED that this case is DISMISSED with prejudice and without costs or fees to either party. It is further ORDERED that the pending motion *in limine* (Dkt. No. 84) is DENIED as moot.

DATED this 18th day of February 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk